IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAKE HARR                                        PLAINTIFF

v.                         NO. 3:09CV00056 JLH

LOWE'S HOME CENTERS, INC.                      DEFENDANT

**ORDER**

This matter came before the Court upon the Motion for Application *Pro Hac Vice* and the Declaration in support thereof submitted by Clarence A. Wilbon (Docket No. 5); and

It appearing to the Court that the Motion and the Declaration satisfy the requirements of Rule 83.5 of the Local Rules of the United States District Court for the Eastern District of Arkansas,

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Clarence A. Wilbon is admitted *pro hac vice* to appear, to be heard, and to represent Lowe's Home Centers, Inc. in this case.

SO ORDERED this 12th day of May, 2009.

_____
Chief Judge J. Leon Holmes
United States District Court

APPROVED BY AND COPIES TO:

/s/ M. Ruthie Hagan
M. Ruthie Hagan (Ark. Bar. No. 2004178)
Clarence A. Wilbon (TN BPR # 23378)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone – (901) 543-5900
Facsimile – (901) 543-5999
Email – rhagan@bassberry.com
Email – cwilbon@bassberry.com
*Attorney for Lowe's Home Centers, Inc*