IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAKE HARR                                                                                                    PLAINTIFF

v.                                             NO. 3:09CV00056 JLH

LOWE'S HOME CENTERS, INC.                                                                    DEFENDANT

### ORDER OF DISMISSAL

Pursuant to the notice of dismissal filed by plaintiff, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November, 2009.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE